**The below described is SIGNED.**

(ts)

**Dated: April 07, 2011**

_William T. Thurman_

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Stephen B. Watkins, Bar Number 3400
HALLIDAY & WATKINS, P.C.
Attorneys for U.S. Bank, N.A., it`s Successors
and/or Assigns
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  (801) 355-2886
Fax:  (801) 328-9714
Email: bkdocs@halliday-watkins.com
File No:  35737

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 11-21206 WTT |
| MICHAEL KERRY BIRD AND MEGAN BIRD | Chapter 7 |
| Debtors. | **ORDER TERMINATING AUTOMATIC STAY AS TO U.S. BANK, N.A., IT`S SUCCESSORS AND/OR ASSIGNS**<br>[Filed Electronically] |

Based upon the Motion for Relief, previously filed with the Court, and good cause

appearing, the Court does hereby,

ORDER AS FOLLOWS:

That the automatic stay with respect to the following described real property:

> All of Lot 1 of Birch Creek Subdivision according to the official
> plat thereof filed as Entry No. 237831 and as Map No. 315, in the
> office of the Juab County Recorder;
> Commonly known as 1360 South Old Highway 91, Mona, UT
> 84645;

be and is hereby modified and terminated as of the date hereof to permit U.S. Bank, N.A., it`s

Successors and/or Assigns to pursue its rights and remedies against the said property under

applicable law.

It is further ORDERED that Secured Creditor and/or its successors and assigns may, at its

option, offer, provide and enter into a potential forbearance agreement, loan modification,

refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall

be non-recourse unless included in a reaffirmation agreement. This order shall be binding and

effective despite any conversion of this bankruptcy case to a case under any other Chapter of

Title 11 of the United States code.

END OF ORDER

MAILING CERTIFICATE

I hereby certify that I mailed true and correct copies of the foregoing Order Terminating

Automatic Stay by first class mail, postage prepaid, to each of the following:

Michael Kerry Bird and Megan
Bird
P.O. Box 627
Mona, UT 84645
Debtors

Robert S. Payne
Via ECF
Debtors' Attorney

Kevin J. Bird
Via ECF
Chapter 7 Trustee

Benjamin J. Mann
HALLIDAY & WATKINS, P.C.
Via ECF

Date:

_____
U.S. Bankruptcy Court Deputy Clerk